UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
REDDING BRANCH

UNITED STATES OF AMERICA                    CASE NO. 07-cr-0005 CMK

vs.                                         ORDER TO PAY

RHONDA WOODFORD

The Defendant, having been found guilty of Count II, after entry of a guilty plea thereto, is

ORDERED TO PAY THE FOLLOWING:

| Count I   | Fine: $ Dismissed | Assessment: $       |
| Count II  | Fine: $ 250.00    | Assessment: $ 10.00 |
| Count III | Fine: $           | Assessment: $       |
| Count IV  | Fine: $           | Assessment: $       |
| Count V   | Fine: $           | Assessment: $       |

( X )   FINE TOTAL OF $250.00 and a penalty assessment of $10.00 payable in monthly installments of $25.00 or more beginning February 1, 2008, and continuing monthly until paid in full. Said payments to be made to the U.S. District Court Clerk, 501 I Street, Sacramento, CA 95814.

Dated: January 16, 2008

Craig M. Kellison
U.S. Magistrate Judge

FILED

JAN 16 2008

CLERK, U.S DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
   DEPUTY CLERK